1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

| J.D. JONES BARTON, | No. C10-5511 RJB/KLS |
|---|---|
| Petitioner, | |
| v. | ORDER FOR SERVICE AND RETURN § 2254 PETITION |
| PATRICK R. GLEBE, | |
| Respondent. | |

12    (1)    The Clerk shall arrange for service by certified mail upon Respondent, a copy of

13  the Petition, of all documents in support thereof, and of this Order.  All costs of service shall be

14  advanced by the United States.  The Clerk shall assemble the necessary documents to effect

15  service.  The Clerk shall send Petitioner a copy of this Order, and the General Order.  The Clerk

16  will also send a courtesy copy of the Petition to the Washington State Attorney General's Office.

17    (2)    Within forty-five (45) days after such service, Respondent shall file and serve an

18   answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District

19

20  Courts.  As part of such answer, Respondent should state whether Petitioner has exhausted

21  available state remedies, whether an evidentiary hearing is necessary, and whether there is any

22  issue of abuse of delay under Rule 9.  Respondent shall not file a dispositive motion in place of

23  an answer without first showing cause as to why an answer is inadequate.  Respondent shall file

24  the answer with the Clerk of Court and serve a copy of the answer upon Petitioner.

25    (3)    The answer will be treated in accordance with Local Rule CR 7.  Accordingly,

26  upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday

ORDER FOR SERVICE AND RETURN § 2254 PETITION - 1

1  after the answer is filed, Petitioner may file and serve a response not later than on the Monday

2  immediately preceding the Friday appointed for consideration of the matter, and Respondent

3  may file and serve a reply brief not later than the Friday designated for consideration of the

4  matter.

5          DATED this __3rd__ day of August, 2010.

6

7                                                  Karen L. Strombom
                                                   United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR SERVICE AND RETURN § 2254 PETITION - 2