UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J. D. JONES BARTON,<br><br>                        Petitioner,<br><br>   v.<br><br>ROB MCKENNA,<br><br>                       Respondent. | No. C10-5511 RJB/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

    The Clerk of Court is directed to substitute Patrick R. Glebe, the Superintendent of the Stafford Creek Corrections Center, as the Respondent in this action.

    The Clerk shall send copies of this Order to Petitioner.

    DATED this __3rd__ day of August, 2010.

                                                               Karen L. Strombom
                                                              United States Magistrate Judge

ORDER - 1