UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.D. JONES BARTON,<br><br>                    Petitioner,<br><br>     v.<br><br>PATRICK R. GLEBE,<br><br>                    Respondent. | No. C10-5511 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation by Magistrate Judge Karen L. Strombom.  The Court has considered Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 3), the Report and Recommendation of the Magistrate Judge (Dkt. 8), and the remaining record.  Plaintiff has not filed objections to the Report and Recommendation.

Petitioner is a Washington state inmate at the Stafford Creek Corrections Center in Aberdeen, Washington.  Petitioner filed a petition for writ of habeas corpus and the associated $5.00 filing fee on July 21, 2010.  Dkt 1.  Petitioner referenced the payment of this filing fee in a Motion for Appointment of Counsel (Dkt. 2) filed on the same day as his petition for writ of habeas corpus (Dkt. 1) and a Motion for Leave to proceed *in forma pauperis* (Dkt 3).  As

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  Petitioner has paid the required filing fee for his petition for writ of habeas corpus, the Court
2  should deny his application to proceed *in forma pauperis* as moot.

3  The Court, having reviewed the Report and Recommendation, Petitioner's application to
4  proceed *in forma pauperis*, and the remaining record, hereby finds and **ORDERS**:

5  (1)  the Report and Recommendation of the Magistrate Judge (Dkt. 8) is approved and
     adopted;

   (2)  Petitioner's application to proceed *in forma pauperis* (Dkt. 3) is **DENIED**; and

   (3)  The Clerk is directed to send copies of this Order to Petitioner.

   DATED this 27th day of August, 2010.

   */s/ Robert J. Bryan*

   ROBERT J. BRYAN
   United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2