# United States District Court

WESTERN DISTRICT OF WASHINGTON

J.D. JONES BARTON,

                                       JUDGMENT IN A CIVIL CASE

        v.

                                       No. C10-5511 RJB/KLS

PATRICK R. GLEBE

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 32);

(2) Petitioner's writ of habeas corpus (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE** on the basis that the claims are unexhausted; and

(3) In accord with the analysis and recommendation of the magistrate judge (Dkt. 32, at 5-6), a Certificate of Appealability is **DENIED**.

| February 1, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                         *s/ Mary Trent*
                                                         Deputy Clerk